38 A.3d 820

**Michael TYLER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Pennsylvania Department of Corrections, and Department of Corrections Community Corrections Center, Appellees.**

Supreme Court of Pennsylvania.

Feb. 22, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of February, 2012, the order of the Commonwealth Court is **AFFIRMED.**